# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

HILDA CURET-VELAZQUEZ, et al.,

    Plaintiff(s)

vs.

ACEMLA DE PUERTO RICO, INC., et al.,

    Defendants(s)

CV. 06-1014 (ADC)

**JUDGMENT**

The Court, through the Honorable Aida M. Delgado-Colón, U.S. District Judge, issued an Opinion and Order on March 31, 2010.

Therefore, pursuant to the Court's Order, Judgment is **HEREBY** entered accordingly.

Defendants' request for dismissal of plaintiffs' claims as a matter of law, pursuant to Fed.R.Civ.P. 52. of the copyright infringement claims is **DENIED**.

Defendants' request that plaintiffs' expert's testimony and report be stricken from the record is **DENIED**. The court, however, will not consider the expert's OCT damages theory in reaching plaintiffs' damages award.

Plaintiffs are hereby awarded $120,000.00 in damages for the four copyright infringements ($30,000.00 for each infringement) to be paid joint and severally by the defendants.

Plaintiffs' request that the Court find defendants' contractual breaches so material and substantial as to cause rescission of the contracts before this Court, is **GRANTED**.

**IT IS SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, this 31st day of March, 2010.

    FRANCES RIOS DE MORAN
    Clerk of the Court

    By: s/Sarah V. Ramón
        Sarah V. Ramón, Deputy Clerk